# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Ulises Ocampo Segura

                           Plaintiff,

v.                                                                   Case No.: 1:25−cv−14809

                                                                       Honorable Matthew F. Kennelly

Donald J Trump, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 8, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Petitioner has filed a 28 U.S.C. § 2241 habeas corpus petition seeking an order directing Respondent to conduct a bond hearing in light of Petitioner's present status in ICE custody. Respondent is ordered to respond to the habeas corpus petition by 12/19/2025. Petitioner shall reply by 12/29/2025. In addition, Respondent shall make a preliminary filing by 12/10/2025 stating: (1) whether Petitioner was located in the Northern District of Illinois at the time this case was filed; (2) the current status of Petitioner's immigration proceedings; and (3) Petitioner's current location and proper Respondent based on that location. Pursuant to the Court's authority under the All Writs Act (28 U.S.C. § 1651) the Government is ordered not to remove Petitioner from the jurisdiction of the United States and not to transfer him to any federal judicial district other than those in the States of Illinois, Indiana, or Wisconsin. A.A.R.P. v. Trump, 145 S. Ct. 1364, 1369 (2025) (citing 28 U.S.C. § 1651(a) ("[T]he Government represented on the record in federal court that it reserved the right to remove detainees after midnight. We had the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve our jurisdiction over the matter."); United States v. United Mine Workers of Am., 330 U.S. 258, 293 (1947) ("The District Court had the power to preserve existing conditions while it was determining its own authority to grant injunctive relief.") The Clerk shall email a copy of this order to Tom Walsh, Chief of the Civil Division, United States Attorney's Office, Northern District of Illinois, Joshua Press, AUSA, United States Attorney's Office, Northern District of Illinois, and the duty AUSA, United States Attorney's Office, Northern District of Illinois. This case is set for a status hearing on 12/15/2025 at 9:30 AM in Courtroom 2103. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.