UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ULISES OCAMPO SEGURA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25 C 14809 |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | Judge Kennelly |
| | ) | |
| Respondents. | ) | |

### **RESPONDENTS' PRELIMINARY STATUS REPORT**

Pursuant to this court's minute order of December 8, 2025, respondents apprise the court with the following information regarding petitioner Ulises Ocampo Segura:

**(1)   State whether Petitioner was located in the Northern District of Illinois at the time this case was filed:**

At the time his petition was filed, Ocampo Segura was detained at the Scott County, IA Jail, 416 W 4th Street, Davenport, IA 52801, which is in the Southern District of Iowa en route to the ERO El Paso Camp East Montana. Respondents' position is that venue in a habeas case is proper in the district where the detainee is currently located.

**(2)   The current status of Petitioner's immigration proceedings:**

On April 25, 2024, Ocampo Segura was issued a notice to appear (NTA) for removal proceedings. While his proceedings currently remain pending with the Immigration Court, his case is currently off calendar with no future hearing date. This NTA was issued for the Chicago Immigration Court because Ocampo Segura was originally living in Palatine, Illinois. However, Ocampo Segura is currently detained at the El Paso Camp in East Montana where his

proceedings will likely be calendared. The undersigned counsel will provide petitioner's counsel with the new date and time of those proceedings.

**(3)** **Petitioner's current location and proper Respondent based on that location:**

Petition is currently in El Paso Camp in East Montana 9920 Digital Road, El Paso, Texas 79936. Mary B. De Anda-Ybarra is the Field Office Director for the El Paso Camp in the East Montana facility and is the proper respondent in this case.

                                              Respectfully submitted,

                                              ANDREW S. BOUTROS
                                              United States Attorney

                                        By: s/ Craig A. Oswald
                                              CRAIG A. OSWALD
                                              Assistant United States Attorney
                                              219 South Dearborn Street
                                              Chicago, Illinois 60604
                                              (312) 886-9080
                                              craig.oswald@usdoj.gov