Ulises Ocampo Segura

                          Plaintiff,

v.                                          Case No.: 1:25-cv-14809

                                                           Honorable Matthew F. Kennelly

Donald J. Trump, et al.

                          Defendant.

## MOTION TO APPEAR VIA VIDEO

NOW COMES Attorney at law, Constance M. Doyle, for the Plaintiff, Ulises Ocampo Segura who hereby moves this Honorable Court to allow Attorney Doyle to appear remotely via video and in support thereof states as follows:

1. That Attorney Doyle represents Plaintiff Ulises Ocampo Segura in his Habeas Corpus Petition before this Court;
2. That a status hearing for this matter has been scheduled for Monday, December 15, 2025 at 9:30 a.m.;
3. That Attorney Doyle has two other appearances on or around 9:00 a.m. on December 15, 2025, *see* **Exh. 1 - Notices of Hearings**;
4. That the two appearances at 9:00 a.m. were scheduled prior to filing the Habeas Corpus Petition, *see* **Exh. 1**;
5. That Attorney Doyle is scheduled to appear remotely for both of the appearances scheduled for 9:00 a.m, *see* **Exh. 1**;
6. That any scheduling conflict would be resolved by Attorney Doyle appearing via video.

WHEREFORE, Attorney Constance M. Doyle prays that this Honorable Court will allow Attorney to appear remotely at this scheduled status hearing for this matter.

Dated: December 11, 2025

Respectfully submitted,

*/s/ Constance M. Doyle*

Constance M. Doyle, Attorney at Law

## **VERIFICATION**

Pursuant to 28 U.S.C. §§ 2242 and 1746, I declare under penalty of perjury that the facts set forth in the foregoing Complaint for Declaratory and Injunctive Relief; Petition for Habeas Corpus are true and correct.

Executed this) 11 day of December, 2025.

*Constance M. Doyle*
Constance M. Doyle