# Exhibit 1

NOTICE OF HEARING
IMMIGRATION COURT
55 E MONROE, SUITE 1500
CHICAGO, IL 60603

DATE: Dec 1, 2025

TO: Law Offices of Constance M Doyle
Constance Marie Doyle
P.O. Box 870
Palatine, IL 60078

RE: SANCHEZ-SANCHEZ, HECTOR

FILE: [redacted]

Please take notice that the above captioned case has been scheduled for a hearing before the Immigration Judge on Dec 15, 2025 at 09:00 A.M.. The alien will be present via video conferencing. All other parties should report to the Immigration Court located at:

CHICAGO DETAINED
55 E. Monroe, Suite 1500
CHICAGO, IL 60603

Since you are the attorney/representative of record, it is expected that you will appear at the scheduled hearing. Anyone wishing to attend the hearing is subject to Correction Department policies and procedures regarding entry. The court will assist in obtaining the necessary clearance if requested in writing at least a week in advance of the hearing. All correspondence,motions, requests or inquiries concerning this matter should be directed to the address at the top of this page.

Your client's failure to appear at this hearing, other than for exceptional circumstances beyond his/her control may result in an order of removal being entered in his/her absence under Section 240(b)(5) of the Immigration and Nationality Act.

IF YOUR CLIENT IS RELEASED FROM CUSTODY, within five days of such release you or your client must provide to this Court a written notice (or completed form EOIR-33) of the address and telephone number at which your client can be contacted. Correspondence from the court, including hearing notices, will be sent to you as long as you remain the attorney of record, and will be considered sufficient notice for the proceedings to go forward in your client's absence. It is NOT NECESSARY to provide address change information as long as your client remains in Corrections' custody.

For information regarding the status of this case, call toll free 800-898-7180 or 304-625-2050.

---

CERTIFICATE OF SERVICE

This document was served by:
Mail [M] Personal Service [P] Fax [F] Electronic Service [E]
TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [E] ALIEN's Atty/Rep [E] DHS
DATE: ___12/01/25__ BY: Court Staff ___I.C._____
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other________

---

D1

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
MEMPHIS IMMIGRATION COURT

LEAD FILE: [redacted]
IN REMOVAL PROCEEDINGS
DATE: Dec 1, 2025
EAD Clock:

TO:
INFANTE-MUNOZ, YOVANI
CHRISTIAN COUNTY JAIL
410 W. 7TH STREET
HOPKINSVILLE, KY 42240

RE: [redacted] INFANTE-MUNOZ, YOVANI

**Notice of Internet-Based Hearing**

Your case has been scheduled for a MASTER hearing before the immigration court on:

Your hearing is not in person. You will access your hearing by using the web page below.
URL: https://eoir.webex.com/meet/IJ.Josephsen

Date: Dec 15, 2025
Time: 08:30 A.M. CT
Court Address: 410 W 7TH STREET, HOPKINSVILLE, KY 42240

**Representation:** You may be represented in these proceedings, at no expense to the Government, by an attorney or other representative of your choice who is authorized and qualified to represent persons before an immigration court. If you are represented, your attorney or representative must also appear at your hearing and be ready to proceed with your case. Enclosed and online at https://www.justice.gov/eoir/list-pro-bono-legal-service-providers is a list of free legal service providers who may be able to assist you.

**Failure to Appear:** If you fail to appear at your hearing and the Department of Homeland Security establishes by clear, unequivocal, and convincing evidence that written notice of your hearing was provided and that you are removable, you will be ordered removed from the United States. Exceptions to these rules are only for exceptional circumstances.

**Change of Address:** The court will send all correspondence, including hearing notices, to you based on the most recent contact information you have provided, and your immigration proceedings can go forward in your absence if you do not appear before the court. If your contact information is missing or is incorrect on the Notice to Appear, you must provide the immigration court with your updated contact information within five days of receipt of that notice so you do not miss important information. Each time your address, telephone number, or email address changes, you must inform the immigration court within five days. To update your contact information with the immigration court, you must complete a Form EOIR-33 either online at https://respondentaccess.eoir.justice.gov/en/ or by completing the enclosed paper form and mailing it to the immigration court listed above.

[illegible]

[illegible]

Notice of Interview-Based Hearing

[illegible]

Date: [illegible]
Time: [illegible]

**Request to Reschedule:** [illegible]

**Failure to Appear:** [illegible]

**Change of Address:** [illegible]