Ulises Ocampo Segura

                                    Plaintiff,

v.                                                          Case No.: 1:25-cv-14809

                                                            Honorable Matthew F. Kennelly

Donald J. Trump, et al.

                                    Defendant.

_____

## ORDER GRANTING MOTION TO APPEAR VIA VIDEO

This Cause has come before the Court upon the motion of Constance M. Doyle, Counsel for Ulises Ocampo Segura, for leave to appear via video in the above captioned cause. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's Contact Information should be entered as follows:

Constance M. Doyle

The Law Offices of Constance M. Doyle

330 W. Colfax St. Suite 105, Palatine, IL 60067

Phone: 847-807-4477

Email: Connie@cdoylelaw.com

Distribution list:

To all registered counsel by CM/ECF