# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Ulises Ocampo Segura

                             Plaintiff,

v.                                                        Case No.: 1:25−cv−14809
                                                           Honorable Matthew F. Kennelly

Donald J Trump, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 12, 2025:

       MINUTE entry before the Honorable Matthew F. Kennelly: At the Court's instance, the status hearing set for 12/15/2025 is vacated. Petitioner's motion for leave to appear by video [6] is denied moot. Petitioner is ordered to show cause in writing by 12/17/2025 why this matter should not be transferred to the Southern istrict of Iowa, where it appears petitioner was being held at the time the petition was filed. *See Mejia Olalde v. Noem*, No. 25 C 11481, 2025 WL 2841999 (N.D. Ill. Oct. 7, 2025) (Kennelly, J.). The case is set for a telephonic status hearing on 12/19/2025 at 8:40 AM, using call−in number 650−479−3207, access code 2305−915−8729. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.