Ulises Ocampo Segura
       Plaintiff,

v.             Case No.: 1:25-cv-14809
             Honorable Matthew F. Kennelly

Donald J. Trump, et al.
       Defendant.

## MOTION TO TRANSFER PER 28 U.S.C. § 1631

  NOW COMES Attorney at law, Constance M. Doyle, for the Plaintiff, Ulises Ocampo Segura who hereby moves this Honorable Court to transfer this case to the Southern District of Iowa per 28 U.S.C. § 1631 and in support thereof states as follows:

1. That Attorney Doyle represents Plaintiff Ulises Ocampo Segura in his Habeas Corpus Petition before this Court;
2. That Petitioner's attorney was notified that Petitioner was detained the morning of December 5, 2025 outside of residence in Chicago, Illinois;
3. That Petitioner's attorney filed Petitioner's Habeas Corpus Petition in the Northern District of Illinois the same day under the impression that Petitioner was presently detained at the Broadview Illinois Immigration and Customs Enforcement Processing Center;
4. That it was not until after Petitioner's Habeas Corpus petition was filed that Petitioner's Attorney came to know that he was in the Southern District of Iowa by the afternoon of December 5, 2025;
5. That it would be in the interest of justice to transfer Petitioner's Habeas Corpus petition to the Southern District of India to avoid unnecessary delay which would result in a greater deprivation of Petitioner's rights by extending his time detained without a bond hearing in violation of the INA and his Fifth Amendment rights
6. That transfer would allow avoid this delay and allow for prompt adjudication of Petitioner's petition for Habeas Corpus without prejudice to Respondents;
7. That a District Court in finding that it does not have jurisdiction over a civil matter before them "shall, if it is in the interest of justice, transfer such action . . . to any other such

court in which the action or appeal could have been brought at the time it was filed" per 28 U.S.C. § 1631.

WHEREFORE, Petitioner, Ulises Ocampo Segura, by and through his attorney, Attorney Constance M. Doyle, prays for this Honorable Court to transfer his pending matter to the Southern District of Iowa.

Dated: December 15, 2025

Respectfully submitted,

*Constance M Doyle*

Constance M. Doyle, Attorney at Law

## VERIFICATION

Pursuant to 28 U.S.C. §§ 2242 and 1746, I declare under penalty of perjury that the facts set forth in the foregoing Complaint for Declaratory and Injunctive Relief; Petition for Habeas Corpus are true and correct.

Executed this) 15th day of December, 2025.

*Constance M. Doyle*

Constance M. Doyle