### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Ulises Ocampo Segura ) | |
| ) | Case No.   25 C 14809 |
| v. ) | |
| ) | Judge: Matthew F. Kennelly |
| Donald J Trump et al ) | |

### ORDER

The telephonic status hearing set for 12/19/2025 is vacated.   Petitioner's motion to transfer [8] [9] is granted. The Clerk is directed to transfer this case to the Southern District of Iowa pursuant to 28 USC 1631.

Date: 12/16/2025

/s/ Matthew F. Kennelly
United States District Judge