IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ULISES OCAMPO SEGURA, | ) |
| | ) Civil No. 4:25-cv-00500 |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) APPEARANCE |
| DONALD J. TRUMP, et al., | ) |
| | ) |
| Respondents. | ) |

COMES NOW, Andrew H. Kahl, First Assistant United States Attorney, and hereby enters his Appearance on behalf of the United States of America in the above-captioned action.

Respectfully submitted,

David C. Waterman
United States Attorney

By: */s/Andrew H. Kahl*
Andrew H. Kahl
First Assistant United States Attorney
Neal Smith Federal Building
210 Walnut Street, Ste 455
Des Moines, Iowa 50309
Telephone: (515) 473-9300
Facsimile: (515) 473-9282
Email: Andrew.Kahl@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 12, 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

Jessica Maffitt
Constance M. Doyle

By: */s/ Karen Saltos*
Karen Saltos
U.S. Attorney's Office
Paralegal Specialist