IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ULISES OCAMPO SEGURA, | ) |
| | ) Civil No. 4:25-cv-00500 |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) STATUS REPORT |
| DONALD J. TRUMP, et al., | ) |
| | ) |
| Respondents. | ) |

Pursuant to the Court's Order (ECF No. 14), entered on December 17, 2025, the undersigned submits this status report.

Petitioner is currently detained at ERO El Paso Camp, located at 6920 Digital Road, in the Western District of Texas, El Paso, Texas 79936.

Petitioner is therefore, outside the jurisdiction of the Southern District of Iowa.

Respectfully submitted,

David C. Waterman
United States Attorney

By: /s/Andrew H. Kahl
Andrew H. Kahl
First Assistant United States Attorney
Neal Smith Federal Building
210 Walnut Street, Ste 455
Des Moines, Iowa 50309
Telephone: (515) 473-9300
Facsimile: (515) 473-9282
Email: Andrew.Kahl@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on January 12, 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

Jessica Maffitt
Constance M. Doyle

                                          By: <u>*/s/ Karen Saltos*</u>
                                                 Karen Saltos
                                                 U.S. Attorney's Office
                                                 Paralegal Specialist