IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ULISES OCAMPO SEGURA, | ) |
| | ) Civil No. 4:25-cv-00500 |
| Petitioner, | ) |
| | ) |
| v. | ) REVISED |
| | ) STATUS REPORT |
| DONALD J. TRUMP, et al., | ) |
| | ) |
| Respondents. | ) |

Undersigned counsel has been advised that Petitioner was initially detained in El Paso, but that he was then transferred to the Clay County Justice Center in Clay County, Indiana, where he is currently detained. Clay County is located in the Southern District of Indiana (Terre Haute Division). Petitioner therefore remains outside the jurisdiction of the Southern District of Iowa.

    Respectfully submitted,

    David C. Waterman
    United States Attorney

By: */s/Andrew H. Kahl*
    Andrew H. Kahl
    First Assistant United States Attorney
    Neal Smith Federal Building
    210 Walnut Street, Ste 455
    Des Moines, Iowa 50309
    Telephone: (515) 473-9300
    Facsimile: (515) 473-9282
    Email: Andrew.Kahl@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

  The undersigned hereby certifies that on January 14, 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

Jessica Maffitt
Constance M. Doyle

               By: <u>*/s/ Karen Saltos*</u>
                  Karen Saltos
                  U.S. Attorney's Office
                  Paralegal Specialist