UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ULISES OCAMPO SEGURA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP in his official capacity as ) <br> President of the United States, *et al.*, ) <br> ) <br> Respondents. ) | No. 2:26-cv-00032-MPB-MJD |

**ORDER STRIKING AMENDED PETITION**

The Court directed the petitioner to file an amended petition for a writ of habeas corpus naming his current immediate custodian as a respondent. Dkt. 27. The respondent filed an amended petition alleging that he is unlawfully confined at the Clay County Jail in Brazil, Indiana, and naming Clay County Sheriff Andy Myers as a respondent. Dkt. 29. However, the Court understands that Mr. Myers is the Sheriff of Clay County, *Illinois*, and therefore has no responsibility for or involvement in the petitioner's detention. *See* Clay County Sheriff's Office, *Clay County IL Sheriff*, avail. at https://www.sheriff.claycounty.illinois.gov/ (last visited Jan. 22, 2026).

The **clerk is directed** to **strike** the amended petition, dkt. [29]. The petitioner will have **through January 26, 2026**, to file a second amended petition that complies with the Court's previous order, dkt. 27.

IT IS SO ORDERED.

Dated: January 23, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

Constance M Doyle
Law Office of Constance M. Doyle
connie@cdoylelaw.com

Andrew H. Kahl
UNITED STATES ATTORNEY'S OFFICE - DSM
210 WALNUT STREET
SUITE 455
DES MOINES, IA 50309

Jessica Winslow Maffitt
BENZONI LAW OFFICE, PLC
2912 Beaver Avenue
Des Moines, IA 50310