UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ULISES OCAMPO SEGURA, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:26-cv-00032-MPB-MJD |
| DONALD J. TRUMP in his official capacity as President of the United States, *et al.*, | ) ) ) ) |
| Respondents. | ) |

**FINAL JUDGMENT**

The petition for a writ of habeas corpus is **granted** insofar as the respondents will have **seven days** to certify that Mr. Ocampo Segura has (1) appeared for a bond hearing before an immigration judge consistent with 8 U.S.C. § 1226(a) and pertinent regulations, or (2) been released from detention. The petition is **denied** to the extent it seeks an order that Mr. Ocampo Segura be immediately released. The Court now enters **FINAL JUDGMENT**.

Dated: February 23, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

1

Distribution:

Rachel Dever
Church Church Hittle and Antrim
rdever@cchalaw.com

Constance M Doyle
Law Office of Constance M. Doyle
connie@cdoylelaw.com

Andrew H. Kahl
UNITED STATES ATTORNEY'S OFFICE - DSM
210 WALNUT STREET
SUITE 455
DES MOINES, IA 50309

Liberty L. Roberts
Church Church Hittle & Antrim
lroberts@cchalaw.com

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov